■ In the Matter of CHARLES A., Appellant. MONROE COUNTY ATTORNEY, Respondent. [651 NYS2d 809] —Order unanimously affirmed without costs. Memorandum: Family Court did not abuse its discretion in directing respondent's placement with the Division for Youth in a nonsecure facility. The evidence at the dispositional hearing establishes that respondent has a history of truancy and assaultive behavior. Respondent was not accepted into the Probation Department's Alternatives to Placement program because he failed to attend scheduled counselling sessions. All of the professionals who evaluated respondent recommended placement in a structured and supervised setting where his behavioral and educational difficulties could be effectively addressed. We conclude, therefore, that the court properly adopted the least restrictive available alternative consistent with the needs and best interests of respondent and the need for protection of the community (*see*, Family Ct Act § 352.2 [2] [a]; *Matter of Jose M.*, 210 AD2d 228, 229; *Matter of Shawn V.*, 195 AD2d 796, 797; *Matter of Andrew MM.*, 187 AD2d 813). (Appeal from Order of Monroe County Family Court, Bonadio, J.—Placement.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.

■ In the Matter of TIERRA C. and Others, Children Alleged to be Neglected. KENNETH W., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [652 NYS2d 569] —Order unanimously reversed on the law without costs and matter remitted to Erie County Family Court for further proceedings in accordance with the following Memorandum: Because Family Court improperly authorized assigned counsel to withdraw from representation of respondent in this child protective proceeding (*see, Matter of Tierra C.*, 227 AD2d 994), the order must be reversed and the matter remitted to Erie County Family Court for reassignment of counsel and a new fact-finding hearing (*see, Matter of Dominique L. B.*, 231 AD2d 948). (Appeal from Order of Erie County Family Court, Mix, J.—Neglect.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.